## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH NESTER | CIVIL ACTION NO. 26-0529 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HORNSBY |

### ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 10, the defendant's Motion to Dismiss for Lack of Jurisdiction, Record Document 8, and with no written objections to the Report and Recommendation having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Jurisdiction filed by defendant, United States of America, is **GRANTED**. All claims of plaintiff, Kenneth Nester, for prejudgment interest and equitable relief are **DISMISSED** for lack of subject matter jurisdiction.

**DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE